**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
x 4th  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐     Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| DEBTOR: | **Beatriz Rojas** | JOINT DEBTOR: | | CASE NO.: | 11-36902-LMI |
|---|---|---|---|---|---|
| Last Four Digits of SS# | **xxx-xx-4889** | Last Four Digits of SS# | | - | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ 561.33 for months **1** to **60** ;
B. $ _____ for months ____ to ____ ;
C. $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative:    Attorney's Fee -    $ 0.00    TOTAL PAID $ 0.00

Balance Due    $ **-NONE-**    payable $ _____ /month    (Months ____ to ____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Woodside Apartments Association, Inc.    Arrearage on Petition Date    $ 0
   c/o Andrew Cuevas, Esquire
   7480 SW 40th Street, Suite 600,
Address: Miami FL 33155    Arrears Payment    $ 0 /month    (Months **1** to **60**)
Account No: Case #11-07560 CA 30    Regular Payment    $ 498.63 /month    (Months **1** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Woodside Apartments Association, Inc. c/o Andrew Cuevas, Esquire Cuevas, Ortiz & Cubas, P.A. 7480 SW 40th Street, Suite 600 Miami FL 33155 | real property located at: 16851 NE 23rd Ave Unit # B-221 NORTH MIAMI BEACH, FL 33160  Value of Property: $38,910  Amount owed on First Priority Mortgage per schedule D: $168,361.40  Value of Condo. Association's Interest in Property: $0 | n/a | $0 | n/a | $0 Avoid lien in full. |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due    $ _____
            Payable    $ _____ /month    (Months __ to __ )    Regular Payment $ _____

Unsecured Creditors:  Pay $**11.67** /month (Months **1** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                    Best Case Bankruptcy

Other Provisions Not Included Above:

The arrearage owed to Woodside Apartments Association, Inc. has been stripped per Order Granting Motion to Value and Determine Secured Status of Lien on Real Property Held by Woodside Apartments Association, Inc., entered November 3, 2011. The debtor shall make regular ongoing payments to Woodside Apartments Association, Inc. through the plan.

The debtor will pay the mortgage outside the plan.

The debtor will pay the 2011 property taxes outside the plan.

The debtor will provide copies of her income tax returns, if any, to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtor will amend Schedule I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/
**Beatriz Rojas**
Debtor                                              Joint Debtor
Date: **March 13, 2012**                            Date:

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy