# UNITED STATES BANKRUPTCY COURT
## MIAMI
### SOUTHERN DISTRICT OF FLORIDA DIVISION

**CASE NO.:  11-36902-BKC-LMI**
PROCEEDING UNDER CHAPTER 13

IN RE:

BEATRIZ ROJAS

DEBTOR_____/

## REPORT OF NON-COMPLIANCE WITH LOCAL RULE 3070-1(B)

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtor, pursuant to Local Rule 3070-1(B) was to be current in all payments under the confirmed Chapter 13 Plan on or before **August 11, 2017**.  The Debtor did not comply with the said order.

2. Accordingly, the Trustee reports that this case should be dismissed with prejudice to the Debtor filing any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal pursuant to the terms of said Order.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 22nd day of August, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Nancy K. Neidich*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY K. NEIDICH, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　　　　　　STANDING CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX 279806
　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRAMAR, FL  33027-9806

CC:　BEATRIZ ROJAS
　　　　LISSETTE LABROUSSE, ESQUIRE