CGFD33 (10/01/16)



**ORDERED in the Southern District of Florida on December 11, 2017**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 11–36902–LMI**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Beatriz Rojas
16851 NE 23rd Avenue
Unit B–221
North Miami Beach, FL 33160

SSN: xxx–xx–4889

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Nancy K. Neidich, having filed a final report, is discharged and this case is closed.

*# # #*