UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Beatriz Rojas                                    Case No.  11–36902–LMI
                                                          Chapter 13

_____ Debtor/

## DEBTOR'S MOTION TO REOPEN DISMISSED CASE

Pursuant to Local Rule 5010-1(D), Debtor, Beatriz Rojas, respectfully moves the Court to reopen her dismissed case and in support thereof states:

1. The Debtor filed a Chapter 13 bankruptcy petition on September 28, 2011 [D.E. 1] to stop the condominium foreclosure of her home.

2. The bankruptcy case was dismissed on August 23, 2017, for failure to make plan payments [D.E. 45] and closed on December 11, 2017.

3. The Debtor has since deposited the outstanding plan payment in the undersigned's trust account.

4. The Debtor is also filing a motion to reinstate so that she can successfully complete her Chapter 13 plan and obtain her discharge.

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
Attorneys for Debtor
4343 West Flagler Street, Suite 100,
Miami, Florida 33134
Telephone/ Facsimile: (305) 438-2401
_____/s/_____
Jacqueline C. Ledón, Esq.
Florida Bar No.: 0022719