## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Beatriz Rojas                          Case No.  11–36902–LMI
                                               Chapter 13

_____ Debtor/

## DEBTOR'S MOTION TO REINSTATE

Pursuant to Local Rule 9013-1(E), Debtor, Beatriz Rojas, respectfully moves the Court to reinstate her case and in support thereof states:

1.      The Debtor filed a Chapter 13 bankruptcy petition on September 28, 2011 [D.E. 1] to stop the condominium foreclosure of her home.

2.      The bankruptcy case was dismissed on August 23, 2017, for failure to make plan payments [D.E. 45] and closed on December 11, 2017.

3.      The Debtor has since deposited the outstanding plan payment in the undersigned's trust account.

4.      The Debtor respectfully requests the Court reinstate her case so that she can successfully complete her Chapter 13 plan and obtain her discharge.

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
Attorneys for Debtor
4343 West Flagler Street, Suite 100,
Miami, Florida 33134
Telephone/ Facsimile: (305) 438-2401
_____ /s/ _____
Jacqueline C. Ledón, Esq.
Florida Bar No.: 0022719