United States Bankruptcy Court
Southern District of Florida

In re:                                                                          Case No. 11-36902-LMI
Beatriz Rojas                                                                   Chapter 13
           Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: sanabrian          Page 1 of 1              Date Rcvd: Dec 13, 2018
                              Form ID: CGFCRD3         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db            +Beatriz Rojas,   16851 NE 23rd Avenue,   Unit B-221,   North Miami Beach, FL 33160-3778
              +Jacqueline C Ledon, Esq.,   4343 W Flagler St #100,   Miami, FL 33134-1585

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
         Lissette  Labrousse   on behalf of Debtor Beatriz  Rojas llabrousse@legalservicesmiami.org,
          krivera@legalservicesmiami.org
         Nancy K. Neidich   e2c8f01@ch13miami.com,  ecf2@ch13miami.com
         Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
                                                                              TOTAL: 3

**Form CGFCRD3** (12/1/15)

# United States Bankruptcy Court
### Southern District of Florida
#### www.flsb.uscourts.gov

**Case Number: 11–36902–LMI**

**Chapter: 13**

**In re:**

Beatriz Rojas
16851 NE 23rd Avenue
Unit B–221
North Miami Beach, FL 33160

SSN: xxx–xx–4889

## RENOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **January 8, 2019** at **09:00 AM,** at the following location:

**C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 8, Miami, FL 33128**

to consider the following:

**Motion to Reinstate Case Filed by Debtor Beatriz Rojas. (Ledon, Jacqueline) (51)**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON–EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated:** 12/13/18

**CLERK OF COURT**
By: Noemi Sanabria
Courtroom Deputy